## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of June, 2007, I caused a true and correct copies of the following:

1. Trial Brief;

2. Appendix of Unreported Cases;

3. Proposed Findings of Fact and Conclusions of Law;

4. Pretrial Stipulation with Exhibits A and B;

5. Witness List;

6. Depositions to be Used at Trial; and

7. Defendant's Exhibit Binder and List

to be served via email at apb@Vtlawyer.com and First Class Mail on:

Alan P. Biederman, Esq.
24 Wales Street
PO Box 6001
Rutland, Vermont 05702

YOUNG, SOMMER, LLC

By: _____
J. Michael Naughton, Esq.
Bar Roll No.: 102257
Attorneys for Defendant
Executive Woods
Five Palisades Drive
Albany, New York 12205
(518) 438-9907 (T)
(518) 438-9914 (F)