# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TERRY ELSEMORE, FRACTIONAL STRATEGIES, LTD.**
    Plaintiffs,

        V.                        8:05-CV-306(WKS/RFT)

**LAKE PLACID GROUP, LLC, and
Resort Holdings — Lake Placid, LLC.**
    Defendants.

**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANTS for breach of contract in the amount of $305,200.00 pursuant to the Opinion and Order of the Hon. William K. Sessions, III, dated December 7, 2007.

DATED:     December 7, 2007

*[signature]*
Clerk of Court

LKB:lmp