# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## A M E N D E D
## JUDGMENT IN A CIVIL CASE

**TERRY ELSEMORE and FRACTIONAL STRATEGIES, LTD.,**
       **Plaintiffs**

       V.               8:05-CV-306(WKS/RFT)

**LAKE PLACID GROUP, LLC, and RESORT HOLDINGS - LAKE PLACID, LLC,**
       **Defendants.**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANTS for breach of contract in the amount of $305,200.00 and pre-judgment interest of $80,976.00 for the period June 2004 through and including December 31, 2007, pursuant to the Opinion and Order dated December 7, 2007, and the Text Order dated December 21, 2007, of the Hon. William K. Sessions, III.

DATED:    December 21, 2007

                                                      Clerk of Court

LKB:lmp